ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

AUG 28 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

VONLEE NICOLE TITLOW,

    Petitioner,

  -vs.-

S. L. BURT, Warden,

    Respondent.
_____/

Civil Action No. **07-13614**

Hon.

**MARIANNE O. BATTANI**

MAGISTRATE JUDGE MORGAN

Michigan Attorney General
Attorney for Respondent
-------------------------------------------

Laura Kathleen Sutton (P40775)
Attorney for Petitioner Titlow
_____/

## NOTICE OF HEARING

## MOTION TO STAY HABEAS CORPUS PROCEEDINGS

## BRIEF IN SUPPORT OF
## MOTION TO STAY HABEAS CORPUS PROCEEDINGS

## PROOF OF SERVICE

BY:
    LAURA KATHLEEN SUTTON (P40775)
    Attorney for Petitioner Titlow
    P.O. Box 388
    Manchester, Michigan 48158
    (734) 428-7445



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
AUG 2 8 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

VONLEE NICOLE TITLOW,

    Petitioner,

-vs.-

S. L. BURT, Warden,

    Respondent.
_____/

Civil Action No. **07-13614**

Hon.    **MARIANNE O. BATTANI**

**MAGISTRATE JUDGE MORGAN**

Michigan Attorney General
Attorney for Respondent
_____

Laura Kathleen Sutton (P40775)
Attorney for Petitioner Titlow
_____/

## MOTION TO STAY HABEAS CORPUS PROCEEDINGS

Petitioner VONLEE NICOLE TITLOW, by and through her attorney, Laura Kathleen Sutton (P40775), pursuant to 28 U.S.C. §2254, respectfully requests this Honorable Court to grant her a Stay of Writ of Habeas Corpus Proceedings, and states:

    1.    Petitioner Titlow is a citizen of the United States.

    2.    Petitioner Titlow is a resident of the State of Michigan, currently domiciled in the Southern Michigan Correctional Facility in Jackson, Michigan. Petitioner is currently being held as prisoner number 384878.

    3.    Southern Michigan Correctional Facility is a state prison operated by the State of Michigan. Respondent S. L. Burt is the Warden of the Southern Michigan Correctional Facility.

1

4. On March 20, 2002, Petitioner was convicted of one count of aiding and abetting a second degree murder, M.C.L. 750.317, in Oakland County, Michigan, Circuit Court. On April 17, 2002, the Honorable Wendy Potts, presiding trial judge, imposed a prison term of 20 to 40 years for the conviction.

5. On this date Petitioner Titlow concurrently filed her petition for writ of habeas corpus which contains both exhausted and non-exhausted claims of federal constitutional violations.

6. Habeas petitioners must exhaust available state remedies before seeking a federal writ of habeas corpus. 28 U.S.C. §2254(b)(1); Baldwin v. Reese, 541 U.S. 27, 29 (2004). They must also comply with the one-year statute of limitations set forth in 28 U.S.C. §2244(d).

7. Petitioner Titlow has pending before the Michigan Supreme Court issues claiming that (1) her Sixth Amendment rights to the effective assistance of trial and appellate counsel were violated, (2) her Fourteenth Amendment rights were violated because the evidence was insufficient to support the verdict; (3) the trial court's permitting Petitioner's jury to decide if "inaction or non-action" constituted malice sufficient for second degree murder resulted in an invalid conviction and violated due process; and (4) the current sentence is illegal under Blakely v. Washington, 542 US 296 (2004). People v. Vonlee Nicole Titlow, Michigan Supreme Court File No. 134183, filed June 15, 2007.[1]

8. In Rhines v. Weber, 544 U.S. 269; 125 S. Ct. 1528, 1534-1535; 161 L. Ed.2d 440 (2005), the United States Supreme Court held that district courts may stay and hold exhausted claims in abeyance while a prisoner exhausts state

---

[1] A copy of the appellate docket entries are attached to this motion.

remedies as to other claims. In Pace v. DiGuglielmo, 544 U.S. 408; 125 S. Ct. 1807, 1814; 161 L. Ed.2d 669 (2005), the Supreme Court stated that prisoners seeking state post-conviction remedies may file a "protective" habeas petition in federal court and ask the federal court to stay and hold in abeyance the federal habeas proceeding until state remedies are exhausted.

9. Petitioner Titlow has filed her petition for writ of habeas corpus and requests that it be held in abeyance in order to protect her rights to seek habeas relief until she has exhausted available state remedies as to her federal claims.

10. Petitioner Titlow respectfully requests that this Court hold this matter is abeyance pending resolution of her federal claims by the state courts and permit amendment to this petition within sixty (60) days of her exhausting all state court remedies.

11. The state cannot possibly be prejudiced by a stay of proceedings as Petitioner remains in custody and federal court proceedings have only began; no Rule 5 materials have been ordered.

12. Given that petitioners have only one opportunity to seek habeas relief, absent extraordinary circumstances, that no Rule 5 materials have been ordered, and that serious claims of Federal Constitutional violations are currently pending before the Michigan Supreme Court in this case, holding this case in abeyance and administratively closing matters pending exhaustion, serves not only Petitioner Titlow, it serves the interests of comity and justice as well.

## RELIEF SOUGHT

**WHEREFORE**, Petitioner VONLEE NICOLE TITLOW respectfully requests this Honorable Court to grant the following relief:

a. Hold litigation of this matter in abeyance pending exhaustion of state court remedies and furthermore allow Petitioner Titlow to amend her petition and continue litigation providing she does so within sixty (60) days of exhausting state court remedies for her claims.

Respectfully submitted,

/s/ Laura Sutton

LAURA KATHLEEN SUTTON (P40775)
Attorney for Petitioner Titlow
PO Box 388
Manchester, Michigan 48158
(734) 428-7445

Dated: August 28, 2007.

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONLEE NICOLE TITLOW,

    Petitioner,　　　　　　　　　　Civil Action No.

-vs.-　　　　　　　　　　　　　　　　　Hon.

S. L. BURT, Warden,

    Respondent.
_____/
Michigan Attorney General
Attorney for Respondent
_____

Laura Kathleen Sutton (P40775)
Attorney for Petitioner Titlow
_____/

**MEMORANDUM BRIEF IN SUPPORT OF**
**MOTION TO STAY HABEAS CORPUS PROCEEDINGS**

    Petitioner VONLEE NICOLE TITLOW, by and through her attorney, Laura Kathleen Sutton, relies on the following authority in support of her Motion to Stay Habeas Corpus Proceedings: Kenny v. Tamayo-Reyes, 504 U.S. 1, 10 (1992) (purpose of exhaustion to provide state court opportunity to review federal claims); Rhines v. Weber, 544 U.S. 269; 125 S. Ct. 1528; 161 L. Ed.2d 440 (2005); and Pace v. DiGuglielmo, 544 U.S. 408; 125 S. Ct. 1807; 161 L. Ed.2d 669 (2005) (holding that district courts may stay habeas proceedings pending exhaustion of remedies).

    Pursuant to the above authority Petitioner Titlow seeks a stay of habeas corpus proceedings to permit her to exhaust *all* of her federal constitutional

1

claims in the Michigan Courts prior to this Court considering the merits of her assignment of constitutional violations.

### RELIEF SOUGHT

**WHEREFORE**, Petitioner VONLEE NICOLE TITLOW respectfully requests this Honorable Court to grant the following relief:

a. Hold litigation of this matter in abeyance pending exhaustion of state court remedies and furthermore allow Petitioner Titlow to amend her petition and continue litigation providing she does so within sixty (60) days of exhausting state court remedies for her claims.

Respectfully submitted,

_____
LAURA KATHLEEN SUTTON (P40775)
Attorney for Petitioner Titlow
PO Box 388
Manchester, Michigan 48158
(734) 428-7445

Dated: August 28, 2007.

# MICHIGAN COURT OF APPEALS

**COA Case Number: 273274**
**SCt Case Number: 134183**
PEOPLE OF MI V VONLEE NICOLE TITLOW

| 1 | PEOPLE OF MI | PL-AE | PRS | (1163) **GORCYCA DAVID G P/A**<br>OAKLAND COUNTY PROSECUTOR<br>1200 NORTH TELEGRAPH ROAD<br>PONTIAC MI 48341-1031<br>248-858-0656 |
|---|---|---|---|---|
| 2 | TITLOW VONLEE NICOLE | DF-AT | RET | (40775) **SUTTON LAURA K**<br>PO BOX 388<br>MANCHESTER MI 48158<br>734-428-7445 |

**Status:** Case Concluded; File Archived    **SCT Status:** APPL                                                     80

| | | |
|---|---|---|
| 09/26/2006 | 1 | **Delayed App for Leave - Criminal**<br>Proof Of Service Date: 9/26/2006<br>Check #: 6652 Fee: $375.00<br>Receipt#: 2732741<br>Register of Actions: Y<br>Attorney:40775 - SUTTON LAURA K |
| 01/03/2006 | 2 | **Order Appealed From**<br>From: OAKLAND COUNTY CIRCUIT COURT<br>Case Number: 01-177745-FC<br>Trial Court Judge: 29604 POTTS WENDY LYNN<br>*Nature of Case*:<br>    Relief from Judgment |
| 09/26/2006 | 3 | **Transcript Filed By Party**<br>Date: 9/26/2006<br>Filed By Attorney: 40775 - SUTTON LAURA K<br>Hearings:<br>    11/9/2005<br>    7/25/2001<br>    10/29/2001<br>    11/29/2001<br>    2/6/2002<br>    4/17/2002<br>*Comments*: ALSO ADDTL EXCERPTS |
| 09/26/2006 | 4 | **Presentence Investigation Report - Confidential**<br>Date: 9/26/2006<br>For Party: 2 TITLOW VONLEE NICOLE DF-AT<br>Attorney: 40775 - SUTTON LAURA K |
| 04/17/2007 | 5 | **Submitted On Motion Docket**<br>Event: 1 Delayed App for Leave - Criminal<br>District: T Item #: 3 |
| 04/27/2007 | 6 | **Order: Application - Deny - Delayed App for Leave**<br>Click here to view document in PDF format.<br><br>Event: 1 Delayed App for Leave - Criminal<br>Panel: DAS,ETF,JRC |

|            |    | Attorney: 40775 - SUTTON LAURA K |
|------------|----|---|
| 05/30/2007 | 7  | **File Closed-Out** <br> File Location: F |
| 06/15/2007 | 8  | **SCt: Application for Leave to SCt** <br> Supreme Court No. 134183 <br> Notice Date: 7/10/2007 <br> Fee: Paid   Check No.:31675 <br> For Party: 2 <br> Attorney: 40775 - SUTTON LAURA K |
| 06/18/2007 | 9  | **Supreme Court - File Sent To** <br> File Location: Z <br> Comments: SC# 134183 |
| 06/19/2007 | 10 | **SCt: COA File - Received** <br> 7 tr; |
| 07/02/2007 | 11 | **SCt: Trial Court Record Received** <br> 9 tr; 2 files |

Case Listing Complete

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONLEE NICOLE TITLOW,

      Petitioner,               Civil Action No.

-vs.-                              Hon.

S. L. BURT, Warden,

      Respondent.
_____/
Michigan Attorney General
Attorney for Respondent
_____
Laura Kathleen Sutton (P40775)
Attorney for Petitioner Titlow
_____/

## PROOF OF SERVICE

      Laura Kathleen Sutton, attorney at law, hereby certifies that on August 28, 2007, she personally filed with this Court the following: Motion to Stay Habeas Corpus Proceedings, Brief In Support of Motion to Stay Habeas Corpus Proceedings, Notice of Hearing, along with the Proof of Service, and provided one copy to the court for mailing to: b. Eric Restuccia, Assistant Michigan Attorney General, Criminal Appellate Division, P.O. Box 30217, Lansing, Michigan 48909.

Respectfully submitted,

_____
Laura Kathleen Sutton (P40775)
Attorney for Petitioner Titlow
P.O. Box 388
Manchester, Michigan 48158
(734) 428-7445

Dated: August 28, 2007.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VONLEE NICOLE TITLOW,

       Petitioner,                  Civil Action No.

-vs.-                                    Hon.

S. L. BURT, Warden,

       Respondent.
_____/
Michigan Attorney General
Attorney for Respondent
-----------------------------------------
Laura Kathleen Sutton (P40775)
Attorney for Petitioner Titlow
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Petitioner's Motion to Stay Habeas Corpus Proceedings will be brought for hearing and/or decision by the U.S. District Court, with all deliberate speed at a date and time to set by the Court.

                                                  Respectfully submitted,

                                                  Laura Kathleen Sutton (P40775)
                                                  Attorney for Petitioner Titlow
                                                  P.O. Box 388
                                                  Manchester, Michigan 48158
                                                  (734) 428-7445

Dated: August 28, 2007.