# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**FILED**

**OCT 1 0 2012**

**DEBORAH S. HUNT, Clerk**

William K. Suter
Clerk of the Court
(202) 479-3011

October 4, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

> Re: Sherry L. Burt, Warden
>     v. Vonlee Nicole Titlow
>     No. 12-414
>     (Your No. 10-2488)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 2, 2012 and placed on the docket October 4, 2012 as No. 12-414.

Sincerely,

**William K. Suter**, Clerk

by

Jacob C. Travers
Case Analyst